**Original filed 6/16/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOYD, ) | No. C 06-3634 JF (PR) |
| ) | |
| Petitioner, ) | ORDER OF TRANSFER |
| vs. ) | |
| ) | |
| MICHELLE SMITH, ) | |
| ) | |
| Respondent. ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on June 8, 2006. Petitioner is currently incarcerated at Red Onion State Prison in Pound, Virginia. The Court notes that Petitioner challenges a condition of his confinement, alleging that John C. Maxwell injured Plaintiff's knee with a weapon. Petitioner does not allege any claim concerning the validity or legality of his underlying conviction.

A district court may construe a habeas petition by a prisoner attacking the conditions of his confinement as a civil rights action under 42 U.S.C. § 1983. See Wilwording v. Swenson, 404 U.S. 249, 251 (1971). Accordingly, this Court will construe the instant petition as a civil rights complaint pursuant to 42 U.S.C. § 1983.

Order of Transfer
P:\pro-se\sj.jf\hc.06\Boyd634trans                      1

1 | Because the events occurred at Red Onion State Prison in Pound, Virginia, which lies
2 | within the venue of the Western District of Virginia, venue properly lies in that district
3 | and not in this one. See 28 U.S.C. §§ 127, 1391(b).
4 |    This case is therefore TRANSFERRED to the United States District Court for the
5 | Western District of Virginia. See 28 U.S.C. § 1406(a). In view of the transfer, the Court
6 | will not rule upon Plaintiff's motion for leave to proceed in forma pauperis (docket no. 2).
7 | The Clerk shall terminate all pending motions and transfer the entire file to the Western
8 | District of Virginia.
9 |    IT IS SO ORDERED.
10 | DATED: 6/16/06
11 |               JEREMY FOGEL
               United States District Judge

Order of Transfer
P:\pro-se\sj.jf\hc.06\Boyd634trans     2

1  A copy of this order was mailed to the following:

3  James Boyd
226451
4  Red Onion State Prison
P.O. Box 1900
5  Pound, VA  24279