**Original filed 6/16/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BOYD, | ) | No. C 06-3634 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| MICHELLE SMITH, | ) | |
| Respondent. | ) | |

 Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on June 8, 2006. Petitioner is currently incarcerated at Red Onion State Prison in Pound, Virginia. The Court notes that Petitioner challenges a condition of his confinement, alleging that John C. Maxwell injured Plaintiff's knee with a weapon. Petitioner does not allege any claim concerning the validity or legality of his underlying conviction.

 A district court may construe a habeas petition by a prisoner attacking the conditions of his confinement as a civil rights action under 42 U.S.C. § 1983. See Wilwording v. Swenson, 404 U.S. 249, 251 (1971). Accordingly, this Court will construe the instant petition as a civil rights complaint pursuant to 42 U.S.C. § 1983.

1  Because the events occurred at Red Onion State Prison in Pound, Virginia, which lies
2  within the venue of the Western District of Virginia, venue properly lies in that district
3  and not in this one. See 28 U.S.C. §§ 127, 1391(b).
4      This case is therefore TRANSFERRED to the United States District Court for the
5  Western District of Virginia. See 28 U.S.C. § 1406(a). In view of the transfer, the Court
6  will not rule upon Plaintiff's motion for leave to proceed in forma pauperis (docket no. 2).
7  The Clerk shall terminate all pending motions and transfer the entire file to the Western
8  District of Virginia.
9      IT IS SO ORDERED.
10 DATED: 6/16/06

JEREMY FOGEL
United States District Judge

1  A copy of this order was mailed to the following:

2

3  James Boyd
   226451
4  Red Onion State Prison
   P.O. Box 1900
5  Pound, VA  24279

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.06\Boyd634trans             3